UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

STEVEN KORMAN,

    Plaintiff,

vs.

EARL J. RUSNAK, CAPITAL
PLANNING ASSOCIATES, INC.,
and JAMES S. MORRILL

    Defendants.

CIVIL ACTION NO. ca00-1293

## ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT THEREFORE BECOMING THE ASSIGNEE OF RECORD

THIS AGREEMENT, effective on the date signed, is entered into between The Plaintiff, STEVEN KORMAN, herein after referred to as "JUDGMENT CREDITOR" and JUDGMENT COLLECTION SPECIALISTS, INC., herein after referred to as "ASSIGNEE". JUDGMENT CREDITOR has been awarded to recover $1,241,788.96, plus all applicable post-judgment annual interest of 6.241% from June 26, 2000. JUDGMENT CREDITOR hereby agrees to assign all rights, interest in and title to the judgment entered on November 14, 2000 against Earl J. Rusnak and Capital Planning Associates, Inc., both with last known address of 20 Seven Oaks Drive, Holmdel, NJ 07733, in the United States District Court for the Western District of Pennsylvania to ASSIGNEE for a period of two years from the date of execution of this Acknowledgement. The page which follows this page contains the signature of both the JUDGMENT CREDITOR and the ASSIGNEE as confirmation of the agreement of the parties.

---

**ACKNOWLEDGMENT OF ASSIGNMENT OF JUDGMENT**
(Page 1 of 2)

Dated: 9/16/06

_____
Steven E. Korman, Judgment Creditor

201 Rainprint Lane
Address

Murrysville, PA 15668
City, State


Judgment Collection Specialists, Inc.
Assignee of Record

_____
Dennis K. Edwards, President

P.O. Box 11957
Address

Spring, Texas 77391-1957
City, State

State of Texas
County of Harris

This document was acknowledged before me, Rita Segovia,

on 9-22-06, by Dennis K. Edwards.

My commission expires on 5-24-08.

Signature of Notary Public _____

RITA SEGOVIA
Notary Public, State of Texas
My Commission Expires
MAY 24, 2008

---

**ASSIGNMENT OF JUDGMENT**
(Page 2 of 2)